Sandra K. Jones, Esquire
PA Bar No. 310203
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-2000
(215) 988-2993
*Attorneys for Transamerica Life Insurance Company*

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **TRANSAMERICA LIFE INSURANCE** | : | |
| | **COMPANY AND D. GIBSON** | : | |
| | | : | **NO.** |
| | | : | |

### COMPLAINT SEEKING UNDERLYING APPROVAL OF TRANSFER OF STRUCTURED SETTLEMENT PAYMENT RIGHTS PURSUANT TO 40 P.S. § 4004

By and through its undersigned counsel, Transamerica Life Insurance Company

("Transamerica") HEREBY APPLIES TO THIS Honorable Court, seeking compliance with the

Pennsylvania Structured Settlement Protection Act, namely 40 P.S. § 4004 (hereinafter, the

"Act"), and for this Court to provide Transamerica with the underlying approval required by the

Act such that Transamerica cam proceed with a transfer of structured settlement payment rights

from D.G. a/k/a Danron Gibson (or "Payee") to Transamerica, in the Court of Common Pleas of

Delaware County, Pennsylvania, where Payee currently resides. In support of this application,

Transamerica avers as follows:

Parties

1. Transamerica is a corporation duly organized and existing under the laws of the

State of Iowa with its principal place of business in Cedar Rapids, Iowa.  Transamerica is

therefore a citizen of Iowa.

1

2.        Danron Gibson is an adult individual who resides at 1027 Coates Street, Sharon

Hill, Pennsylvania 19079.  Mr. Gibson is therefore deemed a citizen of the Commonwealth of

Pennsylvania.

Jurisdiction and Venue

3.        This Court has jurisdiction over this matter because it presided over a tort claim in

or around 1998 in the matter styled *Danron Gibson, a minor, by his parent and natural*

*guardian, Danier Gibson, and Danier Gibson in her own right v. National Railroad Passenger*

*Corporation*, in the United States District Court for the Eastern District of Pennsylvania, Civil

Action No. 96-5430.

4.        Personal Jurisdiction and Venue are appropriate before this Court as Danron

Gibson currently resides in Delaware County, and all actions giving rise to the relief sought in

this Complaint occurred in the Eastern District of Pennsylvania.

Facts and Procedural History

5.        Pursuant to the Act, specifically 40 P.S. § 4004, jurisdiction over the transfer of a

payee's structured settlement is properly brought before the Court of Common Pleas in the

county in which the payee is domiciled.  Payee is domiciled in Delaware County, Pennsylvania.

Therefore, jurisdiction is proper in this Court. A copy of the Pennsylvania SSPA is attached

hereto as Exhibit "A."

2.        In or around 1998, Payee, who was then a minor child, was a plaintiff in a tort

action that was pending before this Court.  In or around February 1998, this Court executed an

Order Approving a Settlement Agreement and Release (the "Underlying Order") which approved

2

a structured settlement for the benefit of Payee. A copy of the Underlying Order that was entered by this Court is attached hereto as Exhibit "B."

3.        Pursuant to the Settlement Agreement and Release ("Settlement Agreement"), Payee became entitled to receive certain periodic payments (the "Periodic Payments"). *Id*

4.        Pursuant to a Qualified Assignment, Release and Pledge Agreement ("Qualified Assignment"), Wilton Re Structured Settlements, Inc. f/k/a AEGON Structured Settlements, Inc. f/k/a Commonwealth General Assignment Corporation f/k/a Providian Assignment Corporation f/k/a Capital Assignment Corporation ("Wilton Re") assumed the obligation to make the Periodic Payments to the Payee. A copy of the Qualified Assignment is attached hereto as Exhibit "C."

6.        Wilton Re purchased an Annuity Contract (the "Annuity") from Transamerica to fund Wilton Re's obligation to make the Periodic Payments to Payee.  A copy of the Annuity is attached hereto as Exhibit "D."

5.        On or about October 22, 2025, Payee entered into a Purchase and Sale Agreement (the "Agreement") with Transamerica, under which Payee has agreed to assign certain portions of the Periodic Payments to Transamerica in exchange for a present-day lump sum payment.  A copy of the Agreement, a true and correct copy of which is attached as Exhibit "E."

6.        Payee currently resides in Delaware County, Pennsylvania. Pursuant to the Pennsylvania Act, the application for court approval of the transfer of structured settlement payment rights from Payee to Transamerica will be made to the Court of Common Pleas of Delaware County, Pennsylvania. See 40 P.S. § 4004 ("[t]he court of common pleas of the judicial district in which the payee is domiciled shall have jurisdiction over any petition as required under section 3 for a transfer of structured settlement payment rights.").

<u>COUNT ONE – UNDERLYING APPROVAL UNDER 40 P.S. 4003(5)</u>

7.        Section 4003, subsection 5 of the Pennsylvania Act requires that, as a procedural condition to a transfer of structured settlement payment rights in Pennsylvania, the payee (here, D.G.) must obtain the express written approval of the court that approved the underlying settlement (here, this Court).  Specifically, Section 4003, subsection 5 provides:

> If the transfer would contravene the terms of the structured settlement, (i) the transfer has been expressly approved in writing by…any court or responsible administrative authority that previously approved the structured settlement; and (ii) signed originals of all approvals required under subparagraph (i) have been filed with the court from which the authorization of the transfer is being sought…

8.        Therefore, *before* Payee can proceed with a transfer of structured settlement payment rights in the jurisdiction in which they reside (Delaware County, Pennsylvania), they must obtain the express written approval of this Court (the court that entered the Underlying Order and approved the underlying structured settlement). See Exhibit "B."

9.        This Court therefore is not being asked to determine whether this transfer complies with the Pennsylvania Act as to whether the proposed transfer is in the best interest of Payee-that determination will be made by the Court of Common Pleas of Delaware County, Pennsylvania, where Payee resides. This Court is only being asked to satisfy the procedural requirement of the Pennsylvania Act by permitting the Court of Common Pleas in Delaware County, Pennsylvania, to consider Payee's request. Indeed, Transamerica respectfully submits that, pursuant to the Pennsylvania Act, this Court does not have jurisdiction over a transfer of structured settlement payment rights – but it does have jurisdiction over its underlying Order from 1998.  It is respectfully submitted that this Court does not need to hold any hearing to provide Transamerica and Payee with the relief sought herein.

DMS_US.374460333.1

WHEREFORE, Transamerica and Danron Gibson respectfully request that this Honorable Court grant the relief sought herein and enter the simultaneously-filed proposed Order in compliance with the Pennsylvania Act permitting the application for transfer of structured settlement payment rights to proceed in the Court of Common Pleas for Delaware County, Pennsylvania, which court will then determine  upon the proper application whether or not the transfer of structured settlement payment rights complies with the requirements of the Pennsylvania Act.

Respectfully submitted,

Dated:  _____, 2025

/s/ Sandra K. Jones
Sandra K. Jones, Esquire
Faegre Drinker Biddle & Reath, LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-2000
(215) 988-2993
*Attorneys for Transamerica Life Insurance Company*

*and*

Danron Gibson, Payee
*Pro Se*

## <u>CERTIFICATE OF SERVICE</u>

I, Sandra K. Jones, Esquire, hereby certify that a true and correct copy of the Petition for

Approval of Transfer of Structured Settlement Payment Rights, Entry of Appearance, and

proposed Initial Order of Court, have been served upon the following via certified mail return

receipt requested:

| |
|---|
| **Danron Gibson**<br>Redacted<br>*Payee* |
| **Transamerica Life Insurance Company**<br>Structured Settlement Dept.<br>4333 Edgewood Road, NE<br>MS 2360<br>Cedar Rapids, IA 52499<br>*(annuity issuer)* |
| **Wilton Re Structured Settlements, Inc.**<br>Structured Settlement Department<br>4840 N River Blvd NE, Suite 400<br>Cedar Rapids, IA 52411<br>*(structured settlement obligor)* |

Dated: _____, 2025                    /s/ Sandra K. Jones_____
                                           Attorney for Transamerica Life Insurance
                                           Company

**Signature:** *[signature]*

**Email:** lordduke26@gmail.com